PROB 12C
(7/93)

# United States District Court

### for

### District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edwin Morales

Cr.: 01-6286- SD/FL
Cr:  07286 - D/NJ

Name of Sentencing Judicial Officer: Marcia G. Cooke -SD/FL
Name of Newly Assigned Judicial Officer: Dennis M. Cavanaugh-D/NJ

Date of Original Sentence: 05/17/02
Original Offense: Conspiracy to Import at Least 1,000 Grams of Heroin , 21 USC 963
Original Sentence: 57 months imprisonment to be followed by 3 years of  supervised release. Special conditions include drug testing and treatment.

Date of Current Sentence: 03/01/06
Current Offense: Violation of Supervised Release
Current Sentence: 9 months imprisonment to be followed by  27 months of  supervised release. Special conditions include drug testing and treatment.

Type of Supervision: Supervised Release

Date Supervision Commenced: 10/31/06

Assistant U.S. Attorney: To be assigned.

Defense Attorney: To be assigned.

## PETITIONING THE COURT


[X] ~~To issue a warrant~~
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

(a ) The offender reverted to drug use as evidenced by his own admission and by test results positive for drug use.

On August 14, 2007, the offender  admitted to abusing marijuana and signed a drug admission form.  On June 25, 2007, the offender tested positive for marijuana use. On March 14, 2007, the offender tested positive for cocaine,

methamphetamine and amphetamine use.  On March 7, 2007, the offender admitted to abusing cocaine and signed a drug admission form.  On February 7, 2007, the offender tested positive for cocaine use.

(b) As a result of drug use, the offender was referred to St. Claire's Hospital Drug Treatment Unit. The offender failed to keep treatment appointments on August 14, 2007, August 20, 2007 and thereafter.

(c)  As a result of his drug history, the offender was referred for code-a-phone (random urine testing) at St. Claire's Hospital Drug Treatment Unit.  The offender failed to report for code-a-phone drug testing at this facility on August 7, 2007,  August 8, 2007,  August 29, 2007, and thereafter.

2          The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

(a) The offender failed to report to the probation office on August 28, 2007, September 11, 2007, September 25, 2007, and  thereafter.

(b) The offender has failed to submit  monthly supervision reports since February 2007.

3          The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

The offender left the District of Jersey without authorization to do so.  In a telephonic conversation with the offender on November 16, 2007, Morales admitted that for the past several months he resided at  1307 126th Street, College Point, NY.

4          The offender has violated the supervision condition which states '**You shall notify the Probation Officer within 72 hours of any change in residence or employment.**'

(a) On October 29 2007, the probation officer contacted the offender's reported employment site. The Wood Lock Corporation's Personnel Department advised that the offender was never employed by their establishment.

(b) In a telephonic conversation with the offender on November 16, 2007, Morales admitted that for the past several months he resided at  1307 126th St. College Point, NY.

I declare under penalty of perjury that the foregoing is true and correct.

By:  Norma de Armas
U.S. Probation Officer
Date:  11/15/07

THE COURT ORDERS:

[ ✓ ] The Issuance of a Summons.  Date of Hearing:  DEC. 19, 2007 @ 11 AM.
[  ] The Issuance of a Warrant
[  ] No Action
[  ] Other

_____
Signature of Judicial Officer

11/30/07
_____
Date

Dennis M. Cavanaugh
U.S. District Judge