AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

Case Number   2:07cr286-01

EDWIN MORALES

Defendant.

### JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, EDWIN MORALES, was represented by Patrick McMahon, AFPD.

Violation number 2, 3, & 4 has been dismissed.

The defendant admitted guilt to violation number(s) 1 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 1 | 'Possession and or use of a controlled substance' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 2 March 2006 remain in full force and effect, if not already paid.

Signed this the 9th day of April, 2008.

_____
DENNIS M. CAVANAUGH
United States District Judge

Defendant's SSN: ***-68-5960
Defendant's Date of Birth: 27 March 1979
Defendant's address: 1307 126th Street, College Point, NY

AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

Judgment – Page 2 of 2

Defendant: EDWIN MORALES
Case Number: 2:07cr286-01

## SUPERVISED RELEASE

It is ordered and adjudged that the offender be continued on supervised release subject to all previously imposed standard and special conditions and shall comply with the following modified/additional special condition(s):

The defendant is to be confined to his residence for a period of **3** months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____    Date
                    Defendant

_____    Date
U.S. Probation Officer/Designated Witness